IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LORNA MILLER                                                           PLAINTIFF

VS.                     CASE NO. 3:06CV00174 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration
DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the Plaintiff's case is dismissed with prejudice. All arguments not addressed in the opinion were considered and deemed to be without merit.

SO ADJUDGED this 14th day of March, 2008.


_____
UNITED STATES MAGISTRATE JUDGE